IN THE UNITED STATES DISTRICT COURT
FOR THE **Western** DISTRICT OF **Kentucky**
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED
VANESSA L. ARMSTRONG, CLERK
SEP - 1 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**George D. Wolfe**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

**Rushmore Loan Management**
**Flagstar Bank**
**First Guaranty Mortgage**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. **3:20-CV-615-DJH**
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | George D. Wolfe |
| Street Address | 7005 Mary Laverne Drive |
| City and County | Louisville, Jefferson |
| State and Zip Code | Kentucky 40219 |
| Telephone Number | 502 822-1155 |
| E-mail Address | wolfe-donna@att.net |

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Rushmore Loan Management Services |
| Job or Title (if known) | |
| Street Address | 1755 Wittington Place |
| City and County | Dallas |
| State and Zip Code | Texas 75234 |
| Telephone Number | 1 888-616-5400 |
| E-mail Address (if known) | DK |

Defendant No. 2

| | |
|---|---|
| Name | Flagstar Bank |
| Job or Title (if known) | |
| Street Address | 5151 Corporate Drive |
| City and County | TROY |

2

|  |  |
|---|---|
| State and Zip Code | Missouri 48098 |
| Telephone Number | 1 800 968-7700 |
| E-mail Address (if known) | DK |

Defendant No. 3

|  |  |
|---|---|
| Name | First Guaranty Mortgage |
| Job or Title (if known) |  |
| Street Address | 5800 Tennyson Parkway, Suite 450 |
| City and County | Plano |
| State and Zip Code | Texas 75024 |
| Telephone Number |  |
| E-mail Address (if known) | DK |

Defendant No. 4

|  |  |
|---|---|
| Name | NA |
| Job or Title (if known) |  |
| Street Address |  |
| City and County |  |
| State and Zip Code |  |
| Telephone Number |  |
| E-mail Address (if known) |  |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of The Quid pro quo law
Violation of The Homestead Exemption act
Violation of the Uniform Commercial Code KRS 132.810 (2)(e)

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* NA, is a citizen of the State of *(name)* NA.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* NA, is incorporated under the laws of the State of *(name)* NA, and has its principal place of business in the State of *(name)* NA.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* NA, is a citizen of the State of *(name)* NA. Or is a citizen of *(foreign nation)* NA.

4

b. If the defendant is a corporation

The defendant, *(name)* __N A__, is incorporated under the laws of the State of *(name)* __N A__, and has its principal place of business in the State of *(name)* __N A__. Or is incorporated under the laws of *(foreign nation)* __N A__, and has its principal place of business in *(name)* __N A__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$650,000

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

All three companies have violated THe Uniform Commercial Code, the Quid pro quo law and The Homestead Exemption Act in dealing with my escrow account. (Laws attached)

Uniform Commercial Code

One of the Uniform Laws drafted by the National Conference of Commissioners on Uniform State Laws governing commercial transactions (sales of goods, commercial paper, bank deposits and collections, letters of credit, bulk transfers, warehouse receipts, bills of lading, investment securities and secured transactions). The U. C. C. has been adopted by all states, except Louisiana.

Quid pro quo

What for what; something for something. Used in law for the giving one valuable thing for another. It is nothing more than the mutual consideration which passes between the parties to a contract, and which renders it valid and binding.

Homestead Exemption Act

KRS 132.810(2)(e) provides the exemption be adjusted for inflation every 2 years.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

An amount of $650,000 paid for damage caused me and my family. Re-imburesment of extra payments paid since November 2018

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug. 31, 20 20

Signature of Plaintiff: George D. Wolfe
Printed Name of Plaintiff: George D Wolfe

B. **For Attorneys**

Date of signing: NA , 20 .

6

Signature of Attorney     *NA*

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

Telephone Number     _____

E-mail Address     _____

George D. Wolfe
7005 Mary Laverne Drive
Louisville, Kentucky 40219

 

U.S. POSTAGE P
FCM LG ENV
LOUISVILLE, KY
40219
AUG 31 20
AMOUNT
**$1.60**
R2305E123459-05

1000    40202

**FILED**
VANESSA L. ARMSTRONG, CLERK

SEP - 1 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk's Office
601 W. Broadway, Room 106
Gene Snyder United States Courthouse
Louisville, Kentucky 40202