UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

GEORGE D. WOLFE                                                                                              Plaintiff,

v.                                                                                     Civil Action No. 3:20-cv-615-DJH

RUSHMORE LOAN MANAGEMENT
SERVICES *et al.*,                                                                                        Defendants.

\* \* \* \* \*

## **ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised,

**IT IS ORDERED** that this action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 12(h)(3) for lack of subject-matter jurisdiction.

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
        Defendants
4415.010